UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEL MARCEL CARTER,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

Case No. 1:13-cv-37

HON. JANET T. NEFF

**ORDER**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Surjit Dinsa filed a Motion for Summary Judgment (Dkt 177). Defendant Jennifer Pirlot filed a Motion for Summary Judgment (Dkt 178). Defendant Carrie McRoberts filed a Motion for Summary Judgment (Dkt 180). Plaintiff filed a Motion for Summary Judgment (Dkt 190). The matters were referred to the Magistrate Judge, who issued a Report and Recommendation on February 9, 2016, recommending that this Court grant Defendants' motions, deny Plaintiff's motion, and terminate this action. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 209) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Dinsa's Motion for Summary Judgment (Dkt 177), Defendant Pirlot's Motion for Summary Judgment (Dkt 178), and Defendant McRoberts' Motion for Summary Judgment (Dkt 180) are GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (Dkt 190) is DENIED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

A Judgment will be entered consistent with this Order.


Dated: March 4, 2016                                  /s/ Janet T. Neff
                                                                          JANET T. NEFF
                                                                          United States District Judge